Jeffrey Ryan REGULA, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent

No. 717 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**